## AUGUSTE STRUFFMAN et al., Appellants, *v.* AUGUSTE MULLER, Respondent.

A motion to compel appellants' attorney to pay costs, personally, on dismissal of appeal, cannot be made here; it must be made in the court below after the judgment has been there entered.

(Argued May 21, 1878; decided May 21, 1878.)

THIS was a motion to dismiss appeal and to compel appellants' attorney to pay costs personally. The court granted the motion to dismiss, but as to costs held as above stated.

*Geo. F. Langbien* for motion.

Agree to grant motion to dismiss appeal.
No opinion.
Appeal dismissed.